1  JOHN S. FERRELL (SBN 154914)
   jferrell@carrferrell.com
2  SCOTT R. MOSKO (SBN 106070)
   smosko@carrferrell.com
3  MYRNA M. SCHELLING (SBN 215424)
   mshelling@carrferrell.com
4  CARR & FERRELL LLP
5  120 Constitution Avenue
   Menlo Park, CA  94025
6  Telephone: (650) 812-3400
7  Facsimile:  (650) 812-3444

8  Attorneys for Plaintiff
   SDL PLC#

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SDL PLC,<br><br>    Plaintiff,<br><br>    v.<br><br>LILT, INC.,<br><br>    Defendants. | **Civil Case No. 17-CV-01857-EDL**<br><br>**CLERK'S NOTICE:**<br>**CONSENT TO MAGISTRATE JUDGE JURISDICTION** |

☑ **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Federal Circuit.

**OR**

☐ **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: April 17, 2017        NAME: John S. Ferrell
                            COUNSEL FOR (OR "PRO SE"): Plaintiff, SDL PLC

*/s/ John S. Ferrell*

*Signature*

CLERK'S NOTICE: CONSENT TO MAGISTRATE JUDGE JURISDICTION | 2

# CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification and filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 17, 2017, via U.S. Mail upon the following in the manner indicated:

>Lilt, Inc.
>1212 Los Tranco Road
>Portola Valley, CA  94028

**CARR & FERRELL, LLP**

BY: */s/ John S. Ferrell*
John S. Ferrell
CARR & FERRELL, LLP
120 Constitution Drive
Menlo Park, CA  94025

*Attorneys for Plaintiff*
*SDL PLC*

CLERK'S NOTICE: CONSENT TO MAGISTRATE JUDGE JURISDICTION