JOHN S. FERRELL (CA SBN 154914)
jferrell@carrferrell.com
SCOTT R. MOSKO (CA SBN 106070)
smosko@carrferrell.com
CARR & FERRELL LLP
120 Constitution Drive
Menlo Park, California 94025
Telephone: (650) 812-3400
Facsimile: (650) 812-3444

Attorneys for SDL PLC


JAMES C. YOON, State Bar No. 177155
jyoon@wsgr.com
WILSON SONSINI GOODRICH
& ROSATI P.C.
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorney for LILT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SDL PLC,<br><br>           Plaintiff,<br><br>      vs.<br><br>LILT, Inc.,<br><br>           Defendant. | Case No: 5:17-cv-01857-EJD<br><br>**STIPULATION AND [PROPOSED]　ORDER TO EXTEND MEDIATION DEADLINE**<br><br>**[Civil Local Rule 7, ADR Local Rule 6-5]**<br><br>Honorable Edward J. Davila |

   The parties, by and through their respective counsel, hereby agree and stipulate as follows pursuant to Civil Local Rule 7 and ADR Local Rule 6-5:

   1. On August 30, 2017, the ADR Unit appointed Bill F. Abrams as mediator for this matter;

   2. The parties are currently engaged productively in settlement negotiations that may lead to a resolution of this matter;

3. There is no mediation currently scheduled, however, the parties believe that if mediation is necessary, it will be more productive to commence mediation after the claim construction hearing;

4. The parties have agreed to complete mediation by March 30, 2018.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: September 12, 2017      CARR & FERRELL LLP

     /s/ John S. Ferrell
By: John S. Ferrell
Attorneys for Plaintiff

DATED: September 12, 2017      WILSON SONSINI GOODRICH & ROSATI P.C.

     /s/ James C. Yoon
By: James C. Yoon
Attorneys for Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT THE DEADLINE FOR THE PARTIES TO COMPLETE MEDIATION IS EXTENDED TO MARCH 30, 2018.

DATED: September 13, 2017

Edward J. Davila
United States District Judge

## ATTESTATION

I, John S. Ferrell, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 12, 2017

/s/ John S. Ferrell
John S. Ferrell (CA SBN 154914)

## CERTIFICATE OF SERVICE

This is to certify that on the 12th day of September, 2017, Stipulation and Proposed Order to Extend Mediation Deadline was served via email upon the following:

| | |
|---|---|
| JAMES C. YOON<br>WILSON SONSINI GOODRICH<br>& ROSATI P.C.<br>650 Page Mill Road<br>Palo Alto, California 94304-1050<br><br>Attorney for Defendant, LILT, INC.<br>Telephone No.: (650) 493-9300<br>Email Address: jyoon@wsgr.com | VIA ELECTRONIC MAIL |

*Attorneys for Defendant*

/s/ John S. Ferrell
John S. Ferrell (CA SBN 154914)