1  JOHN S. FERRELL (CA SBN 154914)
   jferrell@carrferrell.com
2  SCOTT R. MOSKO (CA SBN 106070)
   smosko@carrferrell.com
3  CARR & FERRELL LLP
4  120 Constitution Drive
   Menlo Park, California 94025
5  Telephone: (650) 812-3400
   Facsimile:  (650) 812-3444
6

7  Attorneys for Plaintiff SDL PLC

8
   JAMES C. YOON, State Bar No. 177155
9  jyoon@wsgr.com
   WILSON SONSINI GOODRICH
10 & ROSATI P.C.
   650 Page Mill Road
11 Palo Alto, California 94304-1050
12 Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
13
   Attorneys for Defendant LILT, Inc.
14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SDL PLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LILT, Inc.,<br><br>　　　　Defendant. | Case No: 5:17-cv-01857-EJD<br><br>**STIPULATION OF DISMISSAL**<br><br>**[Federal Rule of Civil Procedure 41(a)]**<br><br>Honorable Edward J. Davila |

1  The parties, by and through their respective counsel and pursuant to Federal Rule of Civil
2  Procedure 41(a), dismiss this action, each side to bear its own attorneys' fees and costs.

4  DATED: October 12, 2017                CARR & FERRELL LLP

                                           /s/ John S. Ferrell
                                           By: John S. Ferrell

                                           *Attorneys for Plaintiff*


9  DATED: October 12, 2017                WILSON SONSINI GOODRICH
                                           & ROSATI P.C.

                                           /s/ James C. Yoon
                                           By: James C. Yoon

                                           *Attorneys for Defendant*


15 DATED: October 12, 2017

                                           [signature]
                                           Edward J. Davila
                                           United States District Judge

## ATTESTATION

I, John S. Ferrell, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: October 12, 2017        /s/ John S. Ferrell
John S. Ferrell (CA SBN 154914)

## CERTIFICATE OF SERVICE

This is to certify that on the 12th day of October, 2017, the STIPULATION OF DISMISSAL was served via email upon the following:

JAMES C. YOON        VIA ELECTRONIC MAIL
WILSON SONSINI GOODRICH
& ROSATI P.C.
650 Page Mill Road
Palo Alto, California 94304-1050

Attorneys for Defendant LILT, INC.
Telephone No.: (650) 493-9300
Email Address: jyoon@wsgr.com

*Attorneys for Defendant*

       /s/ John S. Ferrell
John S. Ferrell (CA SBN 154914)